IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:  ) Case No.: 25-00368
Lilly T O'Donnell ) Chapter 13
 ) Judge Timothy A. Barnes
Debtor ) 

### AFFIDAVIT IN SUPPORT OF MOTION TO MODIFY THE PLAN

I, Lilly T O'Donnell, state that:

1. I filed for Chapter 13 relief on January 10, 2025 and my plan was confirmed on April 3, 2025.
2. Per the confirmed plan, my payments are $1,381 for 60 months with unsecured creditors receiving 100% of their claims.
3. My vehicle that was being paid in my Chapter 13 plan, the 2018 Dodge Challenger, was totaled in an accident and declared a total loss by my insurance company, State Farm. The lienholder is JPMorgan Chase Bank, N.A.
4. State Farm is holding $20,965.51 as a payout of the vehicle, the lienholder will be paid pursuant to a payoff and I was seeking to keep the remainder as I require a reliable vehicle to go to and from work and will be using the insurance funds to purchase a new vehicle.
5. My attorney filed a motion to authorize State Farm to distribute insurance proceeds scheduled for June 26, 2025 before this Honorable Court.
6. I seek to modify my plan to request that Trustee no longer disburse any funds to JPMorgan Chase Bank, N.A. as their claim will be paid by State Farm.
7. I want to successfully complete the Chapter 13 plan and am filing the motion to modify in good faith and ask that the Court modify the plan.

_/s/ Lilly O'Donnell_
Lilly T O'Donnell

Subscribed and sworn to before me this 26 day of JUNE, 2025.

_/s/ Notary_
Notary Public

My commission expires 12, 26, 2027.



DANIEL DROS
OFFICIAL SEAL
Notary Public - State of Illinois
Commission No. 906165
My Commission Expires December 26, 2027