Form G5 (20210922_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| In Re:<br>Lilly T O'Donnell<br><br><br><br><br>Debtor(s) | Case Number: 25-00368<br><br>Chapter: 13<br><br>Honorable Timothy A. Barnes |

## ORDER AUTHORIZING DISBURSEMENT OF FUNDS

This cause coming to be heard on Motion of the Debtor for entry of an Order authorizing disbursement of funds; IT IS ORDERED:

The motion is GRANTED as follows:

1. Statefarm Insurance Company is authorized to disburse the insurance funds of $13,738.81 to the lien holder, JPMorgan Chase Bank, N.A. and $6,726.70 to the Debtors.

Enter:

United States Bankruptcy Judge

Dated: 6/27/2025

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600